UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                            Case No. 14-mc-51593

vs.                                        HON. GERSHWIN A. DRAIN

RASMIEH ODEH,

        Defendant.

_____/

## ORDER GRANTING MOTION FOR ADMISSION AS AMICUS CURIAE IN SUPPORT OF MOTION FOR RECONSIDERATION [#1]

Presently before the Court is the National Lawyers Guild's ("NLJ") Motion for Admission as Amicus Curiae in Support of Defendant's Motion for Reconsideration, filed on November 20, 2014. This Court has broad discretion in determining whether to allow admission as an amicus to assist the court. *Northern Sec. Co. v. United States*, 191 U.S. 555 (1903); *United States v. Michigan*, 940 F.2d 143, 165 (6th Cir. 1991). Factors that warrant the granting of a motion to appear as an amicus include findings that "the proffered information of amicus is timely, useful, or otherwise necessary to the administration of justice." *United States v. Michigan*, 940 F.2d at 165.

In light of these factors, the Court concludes that the NLJ's participation as an amicus is warranted. While the Government objects to the NLJ's participation as an amicus on the theory that this Court lacks the authority to authorize such participation in a criminal action, the Court has been unable to locate any authority supporting the Government's position.

-1-

Accordingly, the NLJ's Motion for Admission as Amicus Curiae in Support of Motion for Reconsideration [#1] is GRANTED.  The NLJ is directed to file its amicus brief in case number 13-20772, *United States v. Odeh*, no later than December 3, 2014.  The Clerk of the Court is hereby directed to CLOSE the instant action.

SO ORDERED.

Dated: December 2, 2014                        /s/Gershwin A Drain_____
                                              GERSHWIN A. DRAIN
                                              UNITED STATES DISTRICT JUDGE