UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 14-mc-51593
HON. GERSHWIN A. DRAIN

RASMIEH ODEH,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR ADMISSION AS AMICUS CURIAE IN SUPPORT OF MOTION FOR RECONSIDERATION [#1]

Presently before the Court is the National Lawyers Guild's ("NLJ") Motion for Admission as Amicus Curiae in Support of Defendant's Motion for Reconsideration, filed on November 20, 2014. The Government has filed a Response to the NLJ's Motion for Admission as Amicus Curiae and the NLJ has filed a Reply in support of its request to appear as Amicus Curiae in the instant matter.

This Court has broad discretion in determining whether to allow admission as Amicus Curiae to assist the court. *Northern Sec. Co. v. United States*, 191 U.S. 555 (1903); *United States v. Michigan*, 940 F.2d 143, 165 (6th Cir. 1991). Upon review of the NLJ's and the Government's submissions, the Court finds that its original decision to grant the NLJ's request to appear as Amicus Curiae is warranted under the circumstances.

Accordingly, the NLJ's Motion for Admission as Amicus Curiae in Support of Motion for

-1-

Reconsideration [#1] is GRANTED. The NLJ is directed to file its amicus brief in case number 13-20772, *United States v. Odeh,* forthwith.

      SO ORDERED.

    s/Gershwin Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

Dated: December 8, 2014

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 8, 2014, by electronic and/or ordinary mail.

    S/Sakne Chami for Tanya Bankston
Case Manager, (313) 234-5213